**WWR# 21363075**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 17-13281-mdc |
| Patricia L. Fitzgerald | CHAPTER 13 |
| Debtor | Related to Document Number 13 |
| | **Hearing Date: 07/13/2017** |
| Citizens Bank, N.A. | **Hearing Time: 11:00 am** |
| Movant | |

### CERTIFICATION OF NO RESPONSE

TO THE CLERK OF BANKRUPTCY COURT:

The undersigned certifies that no response to the motion of Movant, Citizens Bank, N.A. for Relief from the Automatic Stay is of record. Kindly submit the Order as attached hereto as Exhibit "A" to the Court for the entry of a Default Judgment for want of an answer.

/s/ Keri P. Ebeck
Keri P. Ebeck
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 338-7102    (412) 434-7959 fax
Attorney for Movant

**WWR# 21363075**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 17-13281-mdc |
| Patricia L. Fitzgerald | CHAPTER 13 |
| Debtor | Related to Document Number 13 |
| | **Hearing Date: 07/13/2017** |
| Citizens Bank, N.A. | **Hearing Time: 11:00 am** |
| Movant | |

## CERTIFICATE OF SERVICE

I, Keri P. Ebeck, Esquire, attorney for Movant, do hereby certify that true and correct copies of the Certification of No Response have been served on the 7th day of July, 2017, by first class mail, postage prepaid from Pittsburgh, Pennsylvania, upon those listed below:

Patricia L. Fitzgerald, 1519 N. Central Avenue, Feasterville Trevose, PA 19053

Joseph L Quinn, 152 E. High Street, Suite 100, Pottstown, PA 19464

(Served by Electronic Notification)

William C. Miller, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

United States Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107

WELTMAN, WEINBERG & REIS CO., L.P.A.

BY: /s/ Keri P. Ebeck
Keri P. Ebeck
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 338-7102    (412) 434-7959 fax
Attorney for Movant