21363075_MTN_MFR Draft

(412) 338-7102    (412) 434-7959 fax

WWR# 21363075

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Patricia L. Fitzgerald
                        - Debtor

Citizens Bank, N.A.
                        Movant

CASE NO.  17-13281-mdc
CHAPTER 13

**Hearing Date: 07/13/2017**
**Hearing Time: 11:00 am**

## ORDER

AND NOW, this __13ᵗʰ__ day of __July__, 2017, upon failure of the Debtor to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED and DECREED that:

Citizens Bank, N.A. be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral a: 2012 Chevrolet Traverse, VIN # 1GNKRGEDOCJ294802

HONORABLE Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Keri P. Ebeck, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219

Debtor:
Patricia L. Fitzgerald, 1519 N. Central Avenue, Feasterville Trevose, PA 19053

Debtor's Counsel:
Joseph L Quinn, 152 E. High Street, Suite 100, Pottstown, PA 19464

Trustee:
William C. Miller, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

United States Trustee:
United States Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107