IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Patricia L. Fitzgerald | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 17-13281-mdc |
| | : | |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Patricia L. Fitzgerald, hereby certify that a true and correct copy of the Motion to Approve the Mortgage Loan Modification Agreement along with Notice of Motion electronically filed on November 17, 2017 has been served upon the following by the means stated:

***Via Electronic Filing (ECF) on November 17, 2017:***

Keri P. Ebeck on behalf of Creditor Citizens Bank, N.A.
kebeck@weltman.com, jbluemle@weltman.com

William C. Miller, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Matteo Samuel Weiner on behalf of Creditor JPMorgan Chase Bank, National Association
bkgroup@kmllawgroup.com

***Via U.S.P.S first class mail on November 17, 2017:***

All other creditors not otherwise notified by means of ECF.

**LAW OFFICE OF STEPHEN J. ROSS, P.C.**

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com
Counsel for Debtor

Date:  November 17, 2017