## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Patricia L. Fitzgerald<br>    Debtor<br><br>JPMorgan Chase Bank, National Association<br>    Movant<br>    vs.<br><br>Patricia L. Fitzgerald<br>    Debtor<br><br>William C. Miller<br>    Trustee | CHAPTER 13<br><br><br>NO. 17-13281 MDC |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of JPMorgan Chase Bank, National Association, which was filed with the Court on or about June 16, 2017.

    Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
mweiner@kmllawgroup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Creditor

Dated: December 7, 2017