IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Patricia L. Fitzgerald : Chapter 13
          Debtor : Bankruptcy No.: 17-13281-mdc
           :

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Patricia L. Fitzgerald, Debtor in the above-captioned matter.

2. That a Motion to Approve a Mortgage Loan Modification by and between Debtor and JPMorgan Chase Bank, N.A. was filed with this Court on November 17, 2017.

3. That a copy of the Motion and Notice of Motion was served upon parties in interest on November 17, 2017.

4. A certificate of service was filed with the Court on November 17, 2017 declaring timely service to the above-referenced parties.

5. A response deadline was set as December 8, 2017.

6. No response to said Motion has been received as of December 10, 2017.

Respectfully Submitted,

**LAW OFFICE OF STEPHEN ROSS, P.C**

By: */s/ Joseph L. Quinn,*
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    Law Office of Stephen Ross, P.C.
    152 E. High Street, Suite 100
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: December 10, 2017