## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :          Chapter 13

Patricia L. Fitzgerald,                   :

          Debtor.              :          Bankruptcy No.   17-13281-MDC

# O R D E R

   **AND NOW**, this 18th day of December, 2017, it is hereby **ORDERED** that if Patricia L.

Fitzgerald (the "Debtor") and JPMorgan Chase Bank, N.A. ("Mortgagee") elect to enter into the

proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee

may do so without there being any violation of the bankruptcy stay, or the provisions of 11

U.S.C. §362.

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Joseph L. Quinn, Esquire
The Law Office of Stephen Ross PC
152 E. High Street, Suite 100
Pottstown, PA 19464

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107