## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Patricia L. Fitzgerald, | : | |
| Debtor. | : | Bankruptcy No.  17-13281-MDC |

# **O R D E R**

**AND NOW**, this 21st day of December, 2017, it is hereby **ORDERED** that if Patricia L. Fitzgerald (the "Debtor") and JPMorgan Chase Bank ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Joseph L. Quinn, Esquire
The Law Office of Stephen Ross PC
152 E. High Street, Suite 100
Pottstown, PA 19464

Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106-1532

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107