# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Patricia L. Fitzgerald<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| JPMorgan Chase Bank, National Association, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br>Patricia L. Fitzgerald<br>　　　　　　　　Debtor(s) | NO. 17-13281 MDC |
| William C. Miller Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Mortgage Payment Change (Claim # 13) of JPMorgan Chase Bank, National Association, which was filed with the Court on or about **11/22/2017**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonaldt, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

February 7, 2018