IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: PATRICIA FITZGERALD ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) | |
| **Moving Party** ) | Case No.: 17-13281 (MDC) |
| ) | |
| v. ) | **Hearing Date: 2-27-18 at 10:30 AM** |
| ) | |
| PATRICIA FITZGERALD ) | 11 U.S.C. 362 |
| **Respondent** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the MOTION FOR STAY RELIEF, and filed on or about March 22, 2018 in the above matter is APPROVED and is hereby made an Order of this Court.

Dated: April 12, 2018

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE