United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia L. Fitzgerald  
       Debtor

Case No. 17-13281-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: YvetteWD　　　Page 1 of 1　　　Date Rcvd: Apr 13, 2018  
　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.  
db　　　　+Patricia L. Fitzgerald,　　1519 N. Center Avenue,　　Feasterville Trevose, PA 19053-4415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:  
      JOSEPH L QUINN　　on behalf of Debtor Patricia L. Fitzgerald CourtNotices@sjr-law.com  
      KEVIN G. MCDONALD　　on behalf of Creditor　　JPMORGAN CHASE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
      MATTEO SAMUEL WEINER　　on behalf of Creditor　　JPMORGAN CHASE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
      NATHALIE PAUL　　on behalf of Creditor　　Citizens Bank, N.A. npaul@weltman.com, PitEcf@weltman.com  
      United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com,　　philaecf@gmail.com  
      WILLIAM EDWARD CRAIG　　on behalf of Creditor　　Santander Consumer USA Inc. ecfmail@mortoncraig.com,　　mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: PATRICIA FITZGERALD | |
| **Debtor** | |
| | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. | |
| **Moving Party** | Case No.: 17-13281 (MDC) |
| | |
| v. | **Hearing Date: 2-27-18 at 10:30 AM** |
| | |
| PATRICIA FITZGERALD | 11 U.S.C. 362 |
| **Respondent** | |
| | |
| WILLIAM C. MILLER | |
| **Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the MOTION FOR STAY RELIEF, and filed on or about March 22, 2018 in the above matter is APPROVED and is hereby made an Order of this Court.

Dated: April 12, 2018

BY THE COURT:

_Maydelene D. Colen_
_____
UNITED STATES BANKRUPTCY JUDGE