## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Patricia L. Fitzgerald
                 Debtor

JPMorgan Chase Bank, National Association
               v.
Patricia L. Fitzgerald
             and
William C. Miller Esq.
             Trustee

Chapter 13

NO. 17-13281 MDC

## **ORDER**

AND NOW, this 19th day of June, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on November 9, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow JPMorgan Chase Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1519 Center Avenue Feasterville Trevose, PA 19053.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief United States Bankruptcy Judge.

cc: See attached service list

Patricia L. Fitzgerald
1519 Center Avenue
Feasterville Trevose, PA 19053

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Joseph L. Quinn
The Law Office of Stephen Ross PC
152 East High Street, Suite 100
Pottstown, PA 19464

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532