United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia L. Fitzgerald  
       Debtor

Case No. 17-13281-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: Jun 19, 2019  
                       Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.  
db         +Patricia L. Fitzgerald,    1519 N. Center Avenue,    Feasterville Trevose, PA 19053-4415  
cr         +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 02:51:57     Synchrony Bank,  
      c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                          TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:  
       JOSEPH L QUINN    on behalf of Debtor Patricia L. Fitzgerald CourtNotices@rqplaw.com  
       KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK NATIONAL ASSOCIATION  
        bkgroup@kmllawgroup.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK NATIONAL ASSOCIATION  
        bkgroup@kmllawgroup.com  
       NATHALIE PAUL    on behalf of Creditor    Citizens Bank, N.A. npaul@weltman.com,  
        PitEcf@weltman.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.  
        ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                        TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Patricia L. Fitzgerald<br>                    Debtor<br><br>JPMorgan Chase Bank, National Association<br>                    v.<br>Patricia L. Fitzgerald<br>                    and<br>William C. Miller Esq.<br>                    Trustee | Chapter 13<br><br><br>NO. 17-13281 MDC |

**ORDER**

AND NOW, this 19th day of June, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on November 9, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow JPMorgan Chase Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1519 Center Avenue Feasterville Trevose, PA 19053.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief United States Bankruptcy Judge.

cc: See attached service list

Patricia L. Fitzgerald
1519 Center Avenue
Feasterville Trevose, PA 19053

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Joseph L. Quinn
The Law Office of Stephen Ross PC
152 East High Street, Suite 100
Pottstown, PA 19464

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532