# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-13281-MDC

PATRICIA L. FITZGERALD

1519 N. CENTER AVENUE

FEASTERVILLE TREVOSE, PA 19053

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PATRICIA L. FITZGERALD

    1519 N. CENTER AVENUE

    FEASTERVILLE TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

Date: 12/29/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee