THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Patricia L. Fitzgerald, | : | Chapter 13 |
| Debtor | : | No. : 17-13281-mdc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on September 16, 2021, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on September 16, 2021:*

William Edward Craig, Esquire on behalf of Santander Consumer USA Inc.
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin S. Frankel, Esquire on behalf of JPMorgan Chase Bank National Association
pa-bk@logs.com

Kevin G. McDonald, Esquire on behalf of JPMorgan Chase Bank National Association
bkgroup@kmllawgroup.com

Matteo Samuel Weiner, Esquire on behalf of JPMorgan Chase Bank National Association
bkgroup@kmllawgroup.com

Nathalie Paul, Esquire on behalf of Citizens Bank, N.A.
npaul@weltman.com, pitecf@weltman.com

Rebecca Ann Solarz, Esquire on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via First Class United States Mail on September 16, 2021:*

All other creditors on the mailing matrix not noticed by way of ECF.

                                          **ROSS, QUINN & PLOPPERT, P.C.**

                                          By: */s/ Joseph Quinn*
                                                Joseph Quinn, Esquire
                                                Attorney I.D. 307467
                                                Ross, Quinn & Ploppert, P.C.
                                                192 S. Hanover Street, Suite 101
                                                Pottstown, PA  19464
                                                Ph: (610) 323-5300
                                                F:   (610) 323-6081

Dated: <u>September 16, 2021</u>