IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Patricia L. Fitzgerald, | : | Chapter 13 |
| Debtor | : | No. : 17-13281-mdc |

## **CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Patricia L. Fitzgerald, Debtor in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on September 16, 2021.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on September 16, 2021.

4. That a certificate of service was filed with the court on September 16, 2021 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before October 6, 2021.

6. No response to said Motion has been received as of October 7, 2021.

                                          ROSS, QUINN & PLOPPERT, P.C.

                              BY:    */s/ Joseph Quinn*
                                          Joseph Quinn, Esquire
                                          Attorney I.D. No. 307467
                                          192 S. Hanover Street, Suite 101
                                          Pottstown, PA  19464
                                          T: (610) 323 - 5300
                                          F: (610) 323 - 6081
Date:  October 7, 2021                   JQuinn@rqplaw.com