**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Patricia L. Fitzgerald, | \| | **Chapter 13** |
| Debtor(s) | \| | **BK No. 17-13281-mdc** |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Patricia L. Fitzgerald, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on September 23, 2021 along with the Notice of Application and Certificate of Service were timely served on parties in interest on September 23, 2021.

3. A response deadline to the application was due on or before October 14, 2021.

4. As of October 21, 2021, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*  
    Joseph L. Quinn, Esquire  
    Attorney for Debtor  
    Attorney I.D. No. 307467  
    192 S. Hanover Street, Suite 101  
    Pottstown, PA 19464  
    Ph: (610) 323-5300

Dated: October 21, 2021