**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 17-13281-MDC

PATRICIA L. FITZGERALD

1519 N. CENTER AVENUE

FEASTERVILLE TREVOSE, PA 19053

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PATRICIA L. FITZGERALD

    1519 N. CENTER AVENUE

    FEASTERVILLE TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

    ROSS, QUINN & PLOPPERT, P.C.
    192 S. HANOVER STREET, SUITE 101

    POTTSTOWN, PA 19464-

Date: 5/25/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee