THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Patricia L. Fitzgerald,          :          Chapter 13
                Debtor          :          No. : 17-13281-mdc

**ORDER**

AND NOW, upon Debtor's Praecipe to Voluntarily Dismiss the Chapter 13 Bankruptcy

Case pursuant to 11 U.S.C. 1307(b), it is hereby ORDERED that Case 17-13281-mdc is

DISMISSED.

BY THE COURT:

June 22, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE