United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-13281-mdc
Patricia L. Fitzgerald     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Jun 22, 2022     Form ID: pdf900     Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia L. Fitzgerald, 1519 N. Center Avenue, Feasterville Trevose, PA 19053-4415 |
| 13918049 | + | Aargon Agency As Agent For Six Flags Membership, Six Flags Membership, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4132 |
| 13915130 | + | Central Credit/Penn Cr, Attn:Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 13915135 | | DDM Energy, PO Box 11819, Newark, NJ 07101-8119 |
| 13915136 | + | DMB Financial, 500 Cummings Center Drive, Suite 5450, Beverly, MA 01915-6519 |
| 13937093 | + | JPMORGAN CHASE BANK NATIONAL ASSOCIATION, c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14409867 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13915146 | + | PPL, 2 North 9th Street, Allentown, PA 18101-1179 |
| 13915145 | | Penn Credit, 916 S 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 13915149 | + | Santander Consumer USA Inc., PO Box 1984, Carmel, IN 46082-1984 |
| 13923753 | + | TD Bank, N.A., Martin Mooney, Esq, 950 New Loudon Rd, Ste. 10, Latham, NY 12110-2111 |
| 13915157 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13915158 | + | Wffnb Dual L, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 23 2022 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2022 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 00:07:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13915151 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2022 00:17:39 | Sunoco/citi, Attention: Bankruptcy, 7920 Nw 110th St., Kansas City, MO 64153 |
| 13917278 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 23 2022 00:04:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 13915147 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 23 2022 00:04:00 | RBS Citizens NA, Attn: Bankruptcy Dept, 443 Jefferson Blvd Ms Rjw-135, Warwick, RI 02886 |
| 14666061 | + | Email/Text: BKRMailOps@weltman.com | Jun 23 2022 00:04:00 | Citizens Bank, N.A.., c/o Weltman, Weinberg & Reis Co. LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 13915132 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2022 00:04:00 | Comenitycap/boscovs, Po Box 182120, Columbus, OH 43218-2120 |
| 13915133 | | Email/Text: convergent@ebn.phinsolutions.com | | |

Case 17-13281-mdc   Doc 154   Filed 06/24/22   Entered 06/25/22 00:34:52   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 22, 2022 | Form ID: pdf900 | Total Noticed: 54 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 23 2022 00:04:00 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 13915134 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 23 2022 00:07:11 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13929784 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 23 2022 00:04:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 13915137 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 23 2022 00:07:11 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13915138 | | Email/Text: GCSBankruptcy@gcserv.com | Jun 23 2022 00:04:00 | G C Services, 6330 Gulfton St Ste 400, Houston, TX 77081 |
| 13915140 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 00:07:15 | Gecrb/Lowes, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |
| 13915139 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 00:07:15 | Gecrb/dicks, P.o. Box 965005, Orlando, FL 32896-5005 |
| 13915141 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 00:07:15 | Gecrb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 13915142 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 00:07:06 | Gecrb/tydc, Po Box 965005, Orlando, FL 32896-5005 |
| 13915143 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 23 2022 00:04:00 | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 13915131 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2022 00:07:11 | Chase Manhattan Mortgage, Attn: Bankruptcy Dept, 3415 Vision Drive, Columbus, OH 43219 |
| 13974480 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2022 00:07:11 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13948187 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2022 00:07:06 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13949678 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2022 00:07:11 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13915144 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 23 2022 00:04:00 | NCO Financial Systems, Inc., PO Box 15630, Wilmington, DE 19850-5630 |
| 13965676 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2022 00:07:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13915715 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 23 2022 00:07:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13975159 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2022 00:04:00 | Premier Bankcard LLC,, Jefferson Capital Systems LLC Assignee, PO Box 7999, St Cloud MN 56302-7999 |
| 13975158 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2022 00:04:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13939418 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2022 00:04:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13930100 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 23 2022 00:04:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 13915148 | + | Email/PDF: pa_dc_claims@navient.com | Jun 23 2022 00:07:10 | Sallie Mae, Attn: Claims Department, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 13915150 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2022 00:17:39 | Sears/cbna, Po Box 6282, Sioux Falls, SD |

Case 17-13281-mdc   Doc 154   Filed 06/24/22   Entered 06/25/22 00:34:52   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 22, 2022 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 57117-6282 |
| 13915152 | | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 23 2022 00:04:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 13916033 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 00:07:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541, Telephone 23541-1021 |
| 13915153 | | Email/Text: bankruptcy@td.com | Jun 23 2022 00:04:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 13915155 | | Email/Text: bankruptcy@td.com | Jun 23 2022 00:04:00 | Td Banknorth, Td Bank Na-Attn: Bankruptcy Department, Po Box 1377, Lewiston, ME 04243 |
| 13915154 | + | Email/Text: bncmail@w-legal.com | Jun 23 2022 00:04:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 13922593 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 23 2022 00:07:05 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 13951559 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 23 2022 00:07:05 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13915156 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 23 2022 00:04:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 13915157 | | Email/PDF: Bankruptcynotices_CCSBKOperations@wellsfargo.com | Jun 23 2022 12:39:42 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14611264 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 23 2022 00:04:00 | Wilmington Savings, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 13915159 | + | Email/Text: bankruptcydept@wyn.com | Jun 23 2022 00:04:00 | Wynd Discvry, 10750 W Charleston Blvd, Las Vegas, NV 89135-1048 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | *+ | Wilmington Savings, 1600 S. Douglass Rd, Anaheim, CA 92806-5948 |
| 14016275 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 22, 2022 | Form ID: pdf900 | Total Noticed: 54 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Patricia L. Fitzgerald CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| NATHALIE PAUL | on behalf of Creditor Citizens Bank N.A. npaul@weltman.com, pitecf@weltman.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT DAVID FINK | on behalf of Creditor Citizens Bank N.A. sfink@weltman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 10

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Patricia L. Fitzgerald, | : | Chapter 13 |
| Debtor | : | No. : 17-13281-mdc |

## **ORDER**

AND NOW, upon Debtor's Praecipe to Voluntarily Dismiss the Chapter 13 Bankruptcy Case pursuant to 11 U.S.C. 1307(b), it is hereby ORDERED that Case 17-13281-mdc is DISMISSED.

BY THE COURT:

June 22, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE